# EXHIBIT C

| | | |
|---|---|---|
| 09/11/2024 | 59 | **ENDORSED ORDER denying 57 Motion to Compel. Plaintiff admits that the discovery sought goes beyond what he has alleged in his operative complaint. Accordingly, it is not "relevant to any party's claim or defense" and is not permissible. Fed. R. Civ. P. 26(b)(1). Additionally, any future motion to compel will be denied if it does not comply with the 5 Order on Discovery Motions. Signed by Magistrate Judge Embry J. Kidd on 9/11/2024. (Kidd, Embry)** (Entered: 09/11/2024) |