**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

JOSHUA CACHO,

Case No. 3:24-cv-00350-LS

Plaintiff,

v.

USHEALTH ADVISORS, LLC,

Defendant.

______________________________________/

**DECLARATION OF DEAN WHALEY**

Pursuant to 28 U.S.C. § 1746, I, Dean Whaley, declare as follows.

1. My name is Dean Whaley. I am over 18 years of age. I suffer no mental disabilities and am otherwise competent to make this Declaration. I have personal knowledge of the information contained in this Declaration or obtained the information through a review of the corporate books and records of Defendant USHEALTH Advisors, LLC ("USHA").

2. I am a Vice President with USHA. I am familiar with the nature of USHA's business dealings and transactions. I am authorized to make this declaration on behalf of USHA.

3. USHA is a Texas limited liability company with its principal place of business in Fort Worth, Texas, which is in Tarrant County, situated in the Northern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 25, 2024

______________________________
Dean Whaley, on behalf of USHEALTH
ADVISORS, ~~LLC~~