# EXHIBIT “A”

## Andrew T. Thomasson

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** Thursday, January 2, 2025 5:34 PM
**To:** Andrew T. Thomasson
**Subject:** Fwd: Cacho v. USHA (W.D. Tex.)

---------- Forwarded message ---------
From: **Roy Taub** <Roy.Taub@gmlaw.com>
Date: Sun, Nov 17, 2024 at 12:59 PM
Subject: Re: Cacho v. USHA (W.D. Tex.)
To: josh cacho <jcacho1848@gmail.com>

Thanks for the quick response

Roy Taub
Greenspoon Marder LLP
Partner
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, FL 33301
Direct Phone Number: 954-527-6231
Office Phone Number: 954-491-1120
roy.taub@gmlaw.com

---

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** Sunday, November 17, 2024 2:51:03 PM
**To:** Roy Taub <Roy.Taub@gmlaw.com>
**Subject:** Re: Cacho v. USHA (W.D. Tex.)

That's fine.

On Sat, Nov 16, 2024 at 11:58 AM Roy Taub <Roy.Taub@gmlaw.com> wrote:

Josh,

We are knee deep in work on other matters with pressing deadlines. Our deadline to respond to the complaint that you filed in the Western District of Texas is Monday. We require additional time to complete the response given the press of business in other cases. Please advise if you consent to an extension of one week, to November 25, 2024. We will, of course, reciprocate if you find you need additional time to respond. Please let us know as soon as possible so that we can get a motion on file with the court.

Thanks,

Roy Taub
Greenspoon Marder LLP
Partner
200 East Broward Boulevard, Suite
1800 Fort Lauderdale, FL 33301
Direct Phone Number: 954-527-6231
Office Phone Number: 954-491-1120
roy.taub@gmlaw.com
www.gmlaw.com

**From:** josh cacho <jcacho1848@gmail.com>
**Sent:** Tuesday, October 8, 2024 5:08 PM
**To:** Roy Taub <Roy.Taub@gmlaw.com>
**Subject:** Re: Cacho v. USHA (W.D. Tex.)

I'm unopposed to your request.

---

On Tue, Oct 8, 2024 at 12:59 PM Roy Taub <Roy.Taub@gmlaw.com> wrote:

Hi Josh,

We will be representing USHEALTH Advisors, LLC in the above-named lawsuit you recently filed in the Western District of Texas. We require additional time to investigate the allegations and prepare a response to the Complaint, in part because of pressing deadlines and obligations in other matters. Please advise if you consent to an extension of time of 30 days to respond to the complaint, which would extend the response deadline to November 18, 2024.

Thanks,

Roy Taub
Greenspoon Marder LLP
Partner
200 East Broward Boulevard, Suite
1800 Fort Lauderdale, FL 33301
Direct Phone Number: (954) 527-6231
Office Phone Number: (954) 491-1120
roy.taub@gmlaw.com
www.gmlaw.com

[facebook.com] [linkedin.com] [twitter.com]

GREENSPOON MARDER LLP LEGAL NOTICE
The information contained in this transmission may be attorney/client privileged and confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail.

Unless specifically indicated otherwise, any discussion of tax issues contained in this e-mail, including any attachments, is not, and is not intended to be, "written advice" as defined in Section 10.37 of Treasury Department Circular 230.

A portion of our practice involves the collection of debt and any information you provide will be used for that purpose if we are attempting to collect a debt from you.